**Simeon Loudenback, trading as S. Loudenback & Company, appellee, v. Reinhold Fredrich, appellant.   Gen. No. 29,639.**

Action to recover real estate broker's commission on sale of real estate.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Reversed with finding of facts.   Opinion filed April 13, 1925.

Frank H. Partridge, for appellant.   No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**A. W. Donnerstag, appellee, v. Gerald E. Christopher et al., trading as Christopher Motor Car Company, appellants.   Gen. No. 29,651.**

Action in conversion.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Affirmed.   Opinion filed April 13, 1925.

M. E. Gallion and H. P. O'Connell, for appellants.   H. F. Tucker and H. E. Wynekoop, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**De Forest Bowman, appellant, v. Elbert Clark, appellee.   Gen. No. 29,660.**

Suit to recover premium on life insurance policy.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Reversed and remanded.   Opinion filed April 13, 1925.

John W. Bennett, for appellant; Herbert Bebb, of counsel.   Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**August Ganz, appellant, v. Valentino Bulf, appellee.   Gen. No. 29,772.**

Action for conversion of automobile.   Verdict of not guilty and judgment against plaintiff for costs.   Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924.   Affirmed.   Opinion filed April 13, 1925.

Vincent P. Pace, for appellant.   No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.